FILED
CLERK, U.S. DISTRICT COURT
MAY 21 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>Raymond John Aguilar<br><br>    Defendant. | Case No.: SA CR 12-00099-JLS<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CAL___ for alleged violation(s) of the terms and conditions of his/~~her~~ [~~probation~~] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (✓)  The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___no evidence submitted by ∆; no apparent bail resources;___

1  failure, alleged, to have ~~complied~~ failed to complied w/ prior orders

2

3

4  and/~~or~~

5  B.  (✓) The defendant has not met his/~~her~~ burden of establishing by
6  clear and convincing evidence that he/~~she~~ is not likely to pose
7  a danger to the safety of any other person or the community if
8  released under 18 U.S.C. § 3142(b) or (c). This finding is based
9  on: no evidence submitted by ∆; nature of charges — including
10  danger to ∆ himself

11

12

13

14  IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.

16

17  Dated: 5/21/14

18

19  _____
20  RALPH ZAREFSKY
    UNITED STATES MAGISTRATE JUDGE